1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  SUZETTE J. PRINGLE (SBN 273116)
   springle@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
7
   Attorneys for Nominal Defendant
8  PayPal Holdings, Inc. and Individual Defendants
   Daniel H. Schulman, John D. Rainey, Patrick
9  L.A. Dupuis, Wences Casares, Jonathan
   Christodoro, John J. Donahoe, David W.
10 Dorman, Gail J. McGovern, David M. Moffett,
   Pierre M. Omidyar and Frank D. Yeary
11
   [additional counsel appear on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SILVERMAN, derivatively on behalf of PAYPAL HOLDINGS, INC., | Case No. 5:17-cv-00162-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF CASE PENDING RESOLUTION OF MOTIONS TO DISMISS RELATED SECURITIES CLASS ACTION** |
| v. | |
| DANIEL H. SCHULMAN, JOHN D. RAINEY, PATRICK L.A. DUPUIS, WENCES CASARES, JONATHAN CHRISTODORO, JOHN J. DONAHOE, DAVID W. DORMAN, GAIL J. MCGOVERN, DAVID M. MOFFETT, PIERRE M. OMIDYAR, and FRANK D. YEARY, | |
| Defendants, | |
| and | |
| PAYPAL HOLDINGS, INC., | |
| Nominal Defendant. | |

1  Evan J. Smith
   BRODSKY & SMITH, LLC
2  9595 Wilshire Blvd.
   Beverly Hills, CA 90212
3  Telephone: (877) 534-2590

4  Jeffrey J. Ciarlanto
   Joseph M. Profy
5  David M. Promisloff
   PROFY, PROMISLOFF & CIARLANTO, P.C.
6  100 N. 22nd Street, Unit 105
   Philadelphia, PA 19103
7  Telephone: (215) 529-5156

8  Alfred G. Yates, Jr.
   Gerald L. Rutledge
9  LAW OFFICE OF ALFRED G. YATES, JR., P.C.
   519 Allegheny Building
10 429 Forbes Avenue
   Pittsburg, PA 15219
11 Telephone: (412) 391-5164

12
   *Attorneys for Plaintiff Stephen Silverman*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -   STIPULATION AND ORDER REGARDING STAY OF CASE PENDING RESOLUTION OF MOTIONS TO DISMISS RELATED SECURITIES CLASS ACTION

OHSUSA:766402781.1

1   WHEREAS, on January 12, 2017, Plaintiff Stephen Silverman filed this putative
2   shareholder derivative action lawsuit ("Action") purportedly on behalf of PayPal Holdings, Inc.
3   ("PayPal") asserting claims for breach of fiduciary duty, unjust enrichment and violations of
4   Section 14(a) of the Securities Exchange Act of 1934 against Daniel H. Schulman, John D.
5   Rainey, Patrick L.A. Dupuis, Wences Casares, Jonathan Christodoro, John J. Donahoe, David W.
6   Dorman, Gail J. McGovern, David M. Moffett, Pierre M. Omidyar and Frank D. Yeary (the
7   "Individual Defendants");
8   WHEREAS, on December 28, 2016, a related putative securities class action lawsuit
9   captioned *Cho v. PayPal Holdings, Inc., et al.*, Case No. 3:16-cv-07371-RS (N.D. Cal.) ("Related
10  Securities Class Action") was filed in this Court against PayPal and certain of the Individual
11  Defendants, alleging violations of the federal securities laws based on substantially the same facts
12  and circumstances at issue in this Action;
13  WHEREAS, on February 8, 2017, the Court entered an order formally relating this Action
14  with the Related Securities Class Action;
15  WHEREAS, the outcome of the anticipated motions to dismiss the Related Securities
16  Class Action will be informative to the litigation of this Action;
17  WHEREAS, the defendants in the Related Securities Class Action intend to file motions
18  to dismiss directed at the pleadings pursuant to Fed. R. Civ. P. 12(b)(6) and the Private Securities
19  Litigation Reform Act of 1995;
20  WHEREAS, the parties agree that a stay of this Action pending resolution of the
21  anticipated motions to dismiss directed at the pleadings in the Related Securities Class Action is
22  appropriate in that it will avoid inefficiencies and duplicative efforts, will better preserve the
23  resources of the Court and the parties, and will more closely align the proceedings in this Action
24  with the proceedings in the Related Securities Class Action;
25  IT IS HEREBY STIPULATED AND AGREED, by and among the parties listed below,
26  by their undersigned counsel, subject to approval of the Court, as follows:
27  1.   The parties agree that a temporary stay of this Action pending resolution of the
28  anticipated motions to dismiss directed at the pleadings in the Related Securities Class Action is

STIPULATION AND ORDER REGARDING STAY OF
CASE PENDING RESOLUTION OF MOTIONS TO
DISMISS RELATED SECURITIES CLASS ACTION

OHSUSA:766402781.1

appropriate in that it will avoid inefficiencies and duplicative efforts, will better preserve the resources of the Court and the parties, and will more closely align the proceedings in this Action with the proceedings in the Related Securities Class Action.

2. The proceedings in this Action shall be temporarily stayed pending the ruling on the anticipated motions to dismiss directed at the pleadings filed in the Related Securities Class Action; the stay shall remain in effect until thirty (30) days following the filing of an order resolving those motions to dismiss.

3. Plaintiff will have thirty (30) days from the filing of an order ruling on the motions to dismiss filed in the Related Securities Class Action to file an amended complaint in this Action. PayPal and/or the Individual Defendants will answer, move against, or otherwise respond to the amended complaint within thirty (30) days after Plaintiff files the amended complaint.

4. In the event that PayPal and/or the Individual Defendants file and serve any motions directed at the amended complaint, Plaintiff shall file and serve his opposition within thirty (30) days after service of PayPal's and/or the Individual Defendants' motion(s). If PayPal and/or the Individual Defendants file and serve replies to Plaintiff's opposition, they will do so within fifteen (15) days after service of Plaintiff's opposition. Counsel agree to confer to select a hearing date.

5. Any party may cause the stay to be lifted upon 30 days' written notice, after which point the briefing schedule set forth in paragraphs 3 and 4 will be in effect starting on the date the Court enters an order lifting the stay

6. In the event that a mediation is held in an effort to settle the Related Securities Class Action during the pendency of the stay, counsel for PayPal and/or the Individual Defendants shall provide Plaintiff's counsel with reasonable notice of said mediation.

7. Counsel for PayPal and/or the Individual Defendants will notify Plaintiff's counsel if any other shareholder derivative proceedings are initiated on behalf of PayPal based on the same set of facts alleged in this Action.

- 3 -   STIPULATION AND ORDER REGARDING STAY OF CASE PENDING RESOLUTION OF MOTIONS TO DISMISS RELATED SECURITIES CLASS ACTION

OHSUSA:766402781.1

| | | |
|---|---|---|
| 1 | Dated: February 8, 2017 | JAMES N. KRAMER<br>ALEXANDER K. TALARIDES<br>SUZETTE J. PRINGLE<br>Orrick, Herrington & Sutcliffe LLP |

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

Attorneys for Nominal Defendant
PayPal Holdings, Inc., and Individual Defendants
Daniel H. Schulman, John D. Rainey, Patrick L.A. Dupuis, Wences Casares, Jonathan Christodoro, John J. Donahoe, David W. Dorman, Gail J. McGovern, David M. Moffett, Pierre M. Omidyar and Frank D. Yeary

*I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Stay of Case Pending Resolution of Motions to Dismiss Related Securities Class Action. In compliance with General Order 45, X.B., I hereby attest that Evan J. Smith has concurred in this filing.*

Dated: February 8, 2017        EVAN J. SMITH
                               BRODSKY & SMITH, LLC

*/s/ Evan J. Smith*
EVAN J. SMITH

Attorneys for Plaintiff Stephen Silverman

\*\*\*

ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

It is so ORDERED.

DATED: 2/8/17

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

- 4 -   STIPULATION AND ORDER REGARDING STAY OF CASE PENDING RESOLUTION OF MOTIONS TO DISMISS RELATED SECURITIES CLASS ACTION

OHSUSA:766402781.1