UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDITH LISS,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL SCHULMAN, et al.,<br><br>        Defendants. | Case No. 5:17-cv-02446-EJD<br><br>**ORDER REFERRING CASE FOR CONSIDERATION OF RELATED CASE STATUS** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Richard Seeborg for a determination as to whether this case is related to Silverman v. Shulman, Case No. 3:17-cv-00162-RS, a case currently pending before Judge Seeborg.

**IT IS SO ORDERED.**

Dated: June 29, 2017

EDWARD J. DAVILA
United States District Judge