ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
FELIPE J. ARROYO (163803)
SHANE P. SANDERS (237146)
SCOTT F. TEMPLETON (246872)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@ robbinsarroyo.com
        farroyo@ robbinsarroyo.com
        ssanders@robbinsarroyo.com
        stempleton@robbinsarroyo.com

*Attorneys for Plaintiffs Steve Sims and Edith Liss*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN SILVERMAN, derivatively on behalf of PAYPAL HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL SCHULMAN, JOHN D. RAINEY, PATRICK L.A. DUPUIS, WENCES CASARES, JONATHAN CHRISTODORO, JOHN J. DONAHOE, DAVID W. DORMAN, GAIL J. MCGOVERN, DAVID M. MOFFETT, PIERRE M. OMIDYAR and FRANK D. YEARY, <br><br> Defendants, <br><br> -and- <br><br> PAYPAL HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 5:17-cv-00162-RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS** <br><br><br><br><br><br><br><br><br><br><br><br> Date Action Filed: January 12, 2017 |

*[Caption continued on next page.]*

---

STIPULATION & [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS
AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS
Lead Case No. 5:17-cv-00162-RS

| | |
|---|---|
| STEVE SEEMAN, derivatively on behalf of PAYPAL HOLDINGS, INC., | Case No. 3:17-cv-02206-RS |
| Plaintiff, | |
| v. | |
| DANIEL SCHULMAN, JOHN D. RAINEY, PATRICK L.A. DUPUIS, WENCES CASARES, JONATHAN CHRISTODORO, JOHN J. DONAHOE, DAVID W. DORMAN, GAIL J. MCGOVERN, DAVID M. MOFFETT, PIERRE M. OMIDYAR, and FRANK D. YEARY, | |
| Defendants, | |
| -and- | |
| PAYPAL HOLDINGS, INC., | |
| Nominal Defendant. | Date Action Filed: April 20, 2017 |

*[Caption continued on next page.]*

- 1 -
STIPULATION & [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS
AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS
Lead Case No. 5:17-cv-00162-RS

| | |
|---|---|
| STEVE SIMS, Derivatively on Behalf of PAYPAL HOLDINGS, INC. | Case No. 3:17-cv-02428-LHK |
| Plaintiff, | |
| v. | |
| DANIEL SCHULMAN, JOHN RAINEY, JOHN DONAHOE, DAVID MOFFETT, PIERRE OMIDYAR, GAIL MCGOVERN, FRANK YEARY, DAVID DORMAN, JONATHAN CHRISTODORO, WENCES CASARES, and PATRICK DUPUIS, | |
| Defendants, | |
| -and- | |
| PAYPAL HOLDINGS, INC., a Delaware corporation, | |
| Nominal Defendant. | Date Action Filed: April 27, 2017 |

*[Caption continued on following page.]*

- 2 -
STIPULATION & [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS
AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS
Lead Case No. 5:17-cv-00162-RS

| | |
|---|---|
| EDITH LISS, Derivatively on Behalf of PAYPAL HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SCHULMAN, JOHN RAINEY, JOHN DONAHOE, DAVID MOFFETT, PIERRE OMIDYAR, GAIL MCGOVERN, FRANK YEARY, DAVID DORMAN, JONATHAN CHRISTODORO, WENCES CASARES, and PATRICK DUPUIS,<br><br>Defendants,<br><br>-and-<br><br>PAYPAL HOLDINGS, INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No. 5:17-cv-02446-EJD<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Date Action Filed: April 28, 2017 |

**WHEREAS,** there are presently four related stockholder derivative actions currently pending in this District against the Individual Defendants,[1] who are certain current and former directors and officers of nominal defendant PayPal Holdings, Inc. ("PayPal") (PayPal, together with the Individual Defendants, is collectively referred to herein as "Defendants"): *Silverman v. Schulman, et al.*, Case No. 5:17-cv-00162-RS; *Seeman v. Schulman, et al.*, Case No. 3:17-cv-02206-RS; *Sims v. Schulman, et al.*, Case No. 3:17-cv-02428-LHK; and *Liss v. Schulman, et al.*, Case No. 5:17-cv-02446-EJD (together, the "Related Derivative Actions");

**WHEREAS,** under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

**WHEREAS,** the Related Derivative Actions challenge similar alleged conduct by PayPal's directors and executive officers and involve common questions of law and fact;

**WHEREAS,** the parties therefore respectfully submit that consolidation of the Related Derivative Actions is appropriate;

**WHEREAS,** to avoid potentially duplicative actions and to prevent any waste of the Court's resources, the parties agree that the Related Derivative Actions should be related and consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action");

**WHEREAS,** the parties agree that Robbins Arroyo LLP and Profy Promisloff & Ciarlanto, P.C. shall be designated as Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action;

**WHEREAS,** a factually-related class action alleging violations of the federal securities laws against PayPal and certain PayPal officers was commenced in this District on December 28,

---

[1] The "Individual Defendants" include Daniel H. Schulman, John D. Rainey, John J. Donahoe, David M. Moffett, Pierre M. Omidyar, Gail J. McGovern, Frank D. Yeary, David W. Dorman, Jonathan Christodoro, Wences Casares, and Patrick L.A. Dupuis.

2016: *In re PayPal Holdings, Inc. Securities Litigation*, Master File No. 3:16-cv-07371-RS (the "Securities Class Action");

**WHEREAS,** on June 1, 2017, the lead plaintiff in the Securities Class Action filed a Notice of Voluntary Dismissal without Prejudice, and the case was closed the same day;

**WHEREAS,** the parties have met and conferred and agree that Plaintiffs shall have thirty (30) days from entry of an order on this stipulation to file a consolidated complaint;

**WHEREAS,** in the event Plaintiffs do not file a consolidated complaint within thirty (30) days from entry of an order on this stipulation, Plaintiffs shall dismiss the action without prejudice within seven (7) days of the date the consolidated complaint would have been due; and

**WHEREFORE,** the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. Defendants hereby acknowledge service of the summonses and complaints in the Related Derivative Actions. Aside from defenses and objections related to the absence of a summons or of service, Defendants expressly reserve all defenses and objections to the complaints filed in the Related Derivative Actions and any complaints filed in the Consolidated Derivative Action, including but not limited to defenses based on lack of personal jurisdiction and improper venue.

2. Defendants need not answer, move or otherwise respond to any of the complaints currently filed in the Related Derivative Actions.

3. The following actions shall be consolidated for all purposes, including pre-trial proceedings and trial, into one consolidated action:

| **Case Name** | **Case No.** | **Filing Date** |
|---|---|---|
| *Silverman v. Schulman, et al.* | 5:17-cv-00162-RS | January 12, 2017 |
| *Seeman v. Schulman, et al.* | 3:17-cv-02206-RS | April 20, 2017 |
| *Sims v. Schulman, et al.* | 3:17-cv-02428-LHK | April 27, 2017 |
| *Liss v. Schulman, et al.* | 5:17-cv-02446-EJD | April 28, 2017 |

4. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 5:17-cv-00162-RS<br><br>(Consolidated with No. 3:17-cv-02206-RS; 3:17-cv-02428-LHK; and 5:17-cv-02446-EJD) |
| This Document Relates To:<br><br>ALL ACTIONS. | Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

5. The files of the Consolidated Derivative Action will be maintained in one master file under Lead Case No. 5:17-cv-00162-RS.

6. Co-Lead Counsel for plaintiffs for the conduct of *In re PayPal Holdings, Inc. Shareholder Derivative* Litigation, Lead Case No. 5:17-cv-00162-RS, is designated as follows:

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
SCOTT F. TEMPLETON
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com
stempleton@robbinsarroyo.com

-and-

PROFY PROMISLOFF & CIARLANTO, P.C.
JEFFREY J. CIARLANTO
JOSEPH M. PROFY
DAVID M. PROMISLOFF
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Telephone: (215) 259-5156
Facsimile: (215) 600-2642
ciarlanto@prolawpa.com
profy@prolawpa.com
david@prolawpa.com

7. Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. The parties further agree that no motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

8. Defendants' counsel may rely upon all agreements made with any of plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements will be binding on plaintiffs.

9. This Order shall apply to each purported derivative action arising out of the same or substantially the same transactions or events as the Related Derivative Actions that is subsequently filed in, removed to, or transferred to this Court.

10. If a case that properly belongs as part of *In re PayPal Holdings, Inc. Shareholder Derivative Litigation*, Lead Case No. 5:17-cv-00162-RS, is hereafter filed in this Court or transferred here from another court, plaintiffs' Co-Lead Counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re PayPal Holdings, Inc. Shareholder Derivative Litigation*, Lead Case No. 5:17-cv-00162-RS.

11. In the interest of efficiency and avoidance of unnecessary duplication of effort or judicial resources by the Court or the parties, it is further Ordered that (i) within thirty (30) days of the entry of an order consolidating the Related Derivative Actions, plaintiffs shall file a

consolidated complaint; (ii) if plaintiffs decide to file a consolidated complaint, the parties shall meet and confer within seven (7) days of that filing and propose a schedule with the Court regarding further proceedings in the Consolidated Derivative Action, including the filing of Defendants' anticipated motions to dismiss; and (iii) in the event Plaintiffs do not file a consolidated complaint within thirty (30) days from entry of an order on this stipulation, Plaintiffs shall dismiss the action without prejudice within seven (7) days of the date the consolidated complaint would have been due.

12. All initial case management conferences currently scheduled, attendant deadlines, and related ADR procedures shall be deferred until the Court issues a ruling on Defendants' anticipated motions to dismiss.

13. Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of any document required to be served in the Consolidated Derivative Action.

**IT IS SO STIPULATED.**

Dated: June 29, 2017

**ROBBINS ARROYO LLP**
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
SCOTT F. TEMPLETON

/s/ *Shane P. Sanders*
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com
stempleton@robbinsarroyo.com

*Counsel for Plaintiffs Steve Sims and Edith Liss and [Proposed] Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| Dated: June 29, 2017 | | **PROFY PROMISLOFF & CIARLANTO, P.C.**<br>JEFFREY J. CIARLANTO<br>JOSEPH M. PROFY<br>DAVID M. PROMISLOFF |

*/s/ Jeffrey J. Ciarlanto*
JEFFREY J. CIARLANTO

100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Telephone: (215) 259-5156
Facsimile: (215) 600-2642
E-mail: ciarlanto@prolawpa.com
profy@prolawpa.com
david@prolawpa.com

*Counsel for Plaintiff Stephen Silverman and [Proposed] Co-Lead Counsel for Plaintiffs*

Dated: June 29, 2017

**BRODSKY & SMITH, LLC**
EVAN J. SMITH

*/s/ Evan J. Smith*
EVAN J. SMITH

9595 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
E-mail: esmith@brodsky-smith.com

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
ALFRED G. YATES, JR.
GERALD L. RUTLEDGE
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
E-mail: yateslaw@aol.com

*Counsel for Plaintiff Stephen Silverman*

| | | |
|---|---|---|
| 1 | Dated: June 29, 2017 | **THE BROWN LAW FIRM, P.C.**<br>TIMOTHY W. BROWN |
| 2 | | |
| 3 | | */s/ Timothy W. Brown*<br>TIMOTHY W. BROWN |
| 4 | | 240 Townsend Square<br>Oyster Bay, NY 11771<br>Telephone: (516) 922-5427<br>Facsimile: (516) 344-6204<br>E-mail: tbrown@thebrownlawfirm.com |
| 7 | | |
| 8 | | *Of Counsel for Plaintiff Steve Seeman* |
| 9 | Dated: June 29, 2017 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>JAMES NEIL KRAMER<br>ALEXANDER K. TALARIDES<br>SUZETTE PRINGLE |
| 12 | | */s/ Alexander K. Talarides*<br>ALEXANDER K. TALARIDES |
| 13 | | The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br>E-mail: atalarides@orrick.com<br>      jkramer@orrick.com<br>      springle@orrick.com |
| 18 | | *Counsel for individual defendants Daniel H. Schulman, John D. Rainey, John J. Donahoe, David M. Moffett, Pierre M. Omidyar, Gail J. McGovern, Frank D. Yeary, David W. Dorman, Jonathan Christodoro, Wences Casares, and Patrick L.A. Dupuis and nominal defendant PayPal Holdings, Inc.* |

1187533

- 10 -
STIPULATION & [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS
AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS
Lead Case No. 5:17-cv-00162-RS

**SIGNATURE ATTESTATION**

I, Shane P. Sanders, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Consolidating Related Derivative Actions and Appointing Co-Lead Counsel for Plaintiffs. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: June 29, 2017  /s/ *Shane P. Sanders*
SHANE P. SANDERS

****

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/30/17  _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT