1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  SUZETTE J. PRINGLE (SBN 273116)
   springle@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759

7
   Attorneys for Nominal Defendant
8  PayPal Holdings, Inc. and Individual Defendants
   Daniel H. Schulman, John D. Rainey, Patrick
9  L.A. Dupuis, Wences Casares, Jonathan
   Christodoro, John J. Donahoe, David W.
10 Dorman, Gail J. McGovern, David M. Moffett,
   Pierre M. Omidyar and Frank D. Yeary

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 5:17-cv-00162-RS<br><br>(Consolidated with No. 3:17-cv-02206-RS; 3:17-cv-02428-RS; and 5:17-cv-02446-RS) |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |

WHEREAS, between on January 12, 2017 and April 28, 2017, four related putative shareholder derivative lawsuits (the "Related Derivative Actions")[1] were filed in or transferred to this Court purportedly on behalf Nominal Defendant PayPal Holdings, Inc. ("PayPal" or "Nominal Defendant"), asserting claims for breach of fiduciary duty, unjust enrichment and violations of Section 14(a) of the Securities Exchange Act of 1934 against Daniel H. Schulman, John D. Rainey, Patrick L.A. Dupuis, Wences Casares, Jonathan Christodoro, John J. Donahoe, David W. Dorman, Gail J. McGovern, David M. Moffett, Pierre M. Omidyar and Frank D. Yeary (the "Individual Defendants");

WHEREAS, on June 30, 2017, the Court entered an order consolidating the Related Derivative Actions under the caption *In re PayPal Holdings, Inc. Shareholder Derivative Litigation*, Lead Case No. 5:17-cv-00162-RS (the "Consolidated Derivative Action"), and designating Co-Lead Counsel for Plaintiffs in the Consolidated Derivative Action (the "Consolidation Order");

WHEREAS, on July 31, 2017, in accordance with the Consolidation Order, Plaintiffs designated the complaint filed in *Liss v. Schulman, et al.*, Case No. 5:17-cv-02446-RS as the operative complaint in this Consolidated Derivative Action (the "Operative Complaint");

WHEREAS, in accordance with the Consolidation Order, the parties have met and conferred regarding a briefing schedule for PayPal's and the Individual Defendants' anticipated motions to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties listed below, by their undersigned counsel, subject to approval of the Court, as follows:

1. PayPal shall have forty-five (45) days from the Court's order approving this stipulation to file and serve its motion to dismiss the Operative Complaint pursuant Fed. R. Civ. 23.1 (the "Company's Motion to Dismiss");

---

[1] *Silverman v. Schulman, et al.*, Case No. 5:17-cv-00162-RS; *Seeman v. Schulman, et al.*, Case No. 3:17-cv-02206-RS; *Sims v. Schulman, et al.*, Case No. 3:17-cv-02428-RS; and *Liss v. Schulman, et al.*, Case No. 5:17-cv-02446-RS.

2. Plaintiffs shall file and serve their opposition to the Company's Motion to Dismiss within forty-five (45) days after service of the Company's Motion to Dismiss.

3. PayPal shall file and serve its reply, if any, to Plaintiffs' opposition within twenty (20) days after service of Plaintiffs' opposition.

4. The Individual Defendants shall not be required to answer or otherwise respond to the Operative Complaint unless and until the Court issues a ruling denying the Company's Motion to Dismiss. In the event the Court denies the Company's Motion to Dismiss, the parties shall meet and confer within seven (7) days of that ruling and propose a schedule with the Court regarding further proceedings in the Consolidated Derivative Action, including the filing of the Individual Defendants' answers or any anticipated motions to dismiss.

Dated: August 14, 2017

JAMES N. KRAMER
ALEXANDER K. TALARIDES
SUZETTE J. PRINGLE
Orrick, Herrington & Sutcliffe LLP

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

Attorneys for Nominal Defendant
PayPal Holdings, Inc., and Individual Defendants
Daniel H. Schulman, John D. Rainey, Patrick L.A. Dupuis, Wences Casares, Jonathan Christodoro, John J. Donahoe, David W. Dorman, Gail J. McGovern, David M. Moffett, Pierre M. Omidyar and Frank D. Yeary

*I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Motions to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Shane P. Sanders has concurred in this filing.*

- 1 -

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS - (LEAD CASE NO. 5:17-cv-000162-RS)

OHSUSA:767220484.1

| | | |
|---|---|---|
| 1 | Dated: August 14, 2017 | SHANE P. SANDERS<br>ROBBINS ARROYO LLP |
| 2 | | |

Dated: August 14, 2017    SHANE P. SANDERS
                          ROBBINS ARROYO LLP

                          _/s/ Shane P. Sanders_
                          Shane P. Sanders

                          Counsel for Plaintiffs Steve Sims and Edith Liss and
                          Co-Lead Counsel for All Plaintiffs

***

**ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

It is so ORDERED.

DATED: 8/14/17

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE