ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
FELIPE J. ARROYO (163803)
SHANE P. SANDERS (237146)
SCOTT F. TEMPLETON (246872)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@ robbinsarroyo.com
      farroyo@ robbinsarroyo.com
      ssanders@robbinsarroyo.com
      stempleton@robbinsarroyo.com

*Co-Lead Counsel for Plaintiffs*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 3:17-cv-00162-RS<br><br>(Consolidated with Nos. 3:17-cv-02206; 3:17-cv-02428; and 5:17-cv-02446)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Hon. Richard Seeborg<br>Courtroom 3, 17th Floor |

STIPULATION & [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO DISMISS

WHEREAS, on July 31, 2017, in accordance with the Court's June 30, 2017, Consolidation Order, Plaintiffs designated the complaint filed in *Liss v. Schulman, et al.*, Case No. 5:17-cv-02446- as the operative complaint in this Consolidated Derivative Action (the "Operative Complaint");

WHEREAS, on September 28, 2017, nominal defendant PayPal Holdings, Inc. ("PayPal") filed a motion to dismiss Plaintiffs' Operative Complaint ("MTD"), along with a request for judicial notice in support thereof ("RJN");

WHEREAS, pursuant to the Consolidation Order, the deadline for Plaintiffs to file response(s) to PayPal's MTD and RJN is November 13, 2017;

WHEREAS, the parties have conferred regarding the current briefing schedule for Plaintiffs' response(s) to PayPal's MTD and RJN and, in light of certain unanticipated scheduling issues on the part of Plaintiffs' counsel, have agreed to a short extension of time for Plaintiffs' response(s); and

WHEREAS, should the Court not enter an order consistent with this stipulation, defendants will not argue that Plaintiffs failed to timely file their response brief(s), to the extent Plaintiffs are relying on the parties' agreement in this stipulation;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order as follows:

1. Plaintiffs' response(s) to PayPal's MTD and RJN shall be filed no later than November 16, 2017.

2. PayPal's reply brief(s) shall be filed no later than December 7, 2017.

3. The hearing on PayPal's MTD shall remain set for December 14, 2017.

Dated: November 8, 2017              ROBBINS ARROYO LLP
                                     BRIAN J. ROBBINS
                                     FELIPE J. ARROYO
                                     SHANE P. SANDERS
                                     SCOTT F. TEMPLETON

                                     /s/ *Shane P. Sanders*
                                     SHANE P. SANDERS

- 1 -
STIPULATION & [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO DISMISS

| | |
|---|---|
| 1 | 600 B Street, Suite 1900 |
| 2 | San Diego, CA 92101 |
| | Telephone: (619) 525-3990 |
| 3 | Facsimile (619) 525-3991 |
| | E-mail: brobbins@robbinsarroyo.com |
| 4 |     farroyo@robbinsarroyo.com |
| |     ssanders@robbinsarroyo.com |
| 5 |     stempleton@robbinsarroyo.com |

PROFY PROMISLOFF & CIARLANTO, P.C.
JEFFREY J. CIARLANTO
JOSEPH M. PROFY
DAVID M. PROMISLOFF
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Telephone: (215) 259-5156
Facsimile: (215) 600-2642
E-mail: ciarlanto@prolawpa.com
    profy@prolawpa.com
    david@prolawpa.com

*Co-Lead Counsel for Plaintiffs*

Dated: November 8, 2017

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
ALEXANDER K. TALARIDES
SUZETTER J. PRINGLE

    */s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

The Orrick Building
405 Howard Street
San Francisco, CA
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
E-mail: jkramer@orrick.com
    atalarides@orrick.com
    springle@orrick.com

*Counsel for Defendants*

**SIGNATURE ATTESTATION**

I, Shane P. Sanders, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Modifying Briefing Schedule for Motion to Dismiss. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: November 8, 2017

*/s/ Shane P. Sanders*
SHANE P. SANDERS

\*\*\*

**ORDER**

Based on the Stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved. The hearing is hereby continued to 12/21/2017 at 1:30 pm.

It is so ORDERED.

DATED: 11/8/17

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1222808