JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
SUZETTE J. BARNES (SBN 273116)
springle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Nominal Defendant
PayPal Holdings, Inc. and Individual Defendants
Daniel H. Schulman, John D. Rainey, Patrick
L.A. Dupuis, Wences Casares, Jonathan
Christodoro, John J. Donahoe, David W.
Dorman, Gail J. McGovern, David M. Moffett,
Pierre M. Omidyar and Frank D. Yeary

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 3:17-cv-00162-RS<br><br>(Consolidated with No. 3:17-cv-02206-RS; 3:17-cv-02428-RS; and 5:17-cv-02446-RS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**<br><br>Hon. Richard Seeborg<br>Courtroom 3, 17th Floor |

| | |
|---|---|
| 1 | WHEREAS, on July 31, 2017, in accordance with the Court's June 30, 2017 |
| 2 | Consolidation Order, Plaintiffs designated the complaint filed in *Liss v. Schulman, et al.*, Case |
| 3 | No. 5:17-cv-02446 as the operative complaint in this Consolidated Derivative Action (the |
| 4 | "Operative Complaint"). |
| 5 | WHEREAS, on September 28, 2017, nominal defendant PayPal Holdings, Inc. ("PayPal") |
| 6 | filed a motion to dismiss Plaintiffs' Operative Complaint ("Motion to Dismiss"); |
| 7 | WHEREAS, on September 29, 2017, the Court advanced the hearing on PayPal's Motion |
| 8 | to Dismiss from January 25, 2018 to December 14, 2017; |
| 9 | WHEREAS, pursuant to the Consolidation Order, the deadline for Plaintiffs to file |
| 10 | response(s) to PayPal's Motion to Dismiss was November 13, 2017, and the deadline for PayPal's |
| 11 | reply brief(s) was December 4, 2017; |
| 12 | WHEREAS, on November 8, 2017, the Court entered an order approving a stipulation |
| 13 | extending the deadline for Plaintiffs to file their opposition to PayPal's Motion to Dismiss to |
| 14 | November 16, 2017, and the deadline for PayPal to file its reply brief to December 7, 2017; |
| 15 | WHEREAS, as a result of the extension of the briefing schedule, the Court continued the |
| 16 | hearing on PayPal's Motion to Dismiss from December 14, 2017 to December 21, 2017 at 1:30 |
| 17 | PM; |
| 18 | WHEREAS, PayPal's counsel is unavailable for a hearing on December 21, 2017; |
| 19 | WHEREAS, the parties have conferred regarding the date for the hearing on PayPal's |
| 20 | Motion to Dismiss, and in light of PayPal's counsel's unavailability on December 21, 2017, have |
| 21 | agreed to reschedule the deadline for PayPal's reply brief to December 4, 2017, and advance the |
| 22 | hearing on PayPal's Motion to Dismiss to December 14, 2017 at 2:30 PM, as previously |
| 23 | scheduled prior to the stipulation extended the briefing schedule; |
| 24 | NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully |
| 25 | request, that the Court enter an order as follows: |
| 26 | 1. PayPal's reply brief(s) shall be filed no later than December 4, 2017; |
| 27 | 2. The hearing on PayPal's MTD shall be advanced from December 21, 2017 at 1:30 |
| 28 | PM to December 14, 2017 at 2:30 PM. |

| | | |
|---|---|---|
| Dated: November 10, 2017 | | JAMES N. KRAMER<br>ALEXANDER K. TALARIDES<br>SUZETTE J. BARNES<br>Orrick, Herrington & Sutcliffe LLP |

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

Attorneys for Nominal Defendant
PayPal Holdings, Inc., and Individual Defendants
Daniel H. Schulman, John D. Rainey, Patrick L.A. Dupuis, Wences Casares, Jonathan Christodoro, John J. Donahoe, David W. Dorman, Gail J. McGovern, David M. Moffett, Pierre M. Omidyar and Frank D. Yeary

I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Motions to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Shane P. Sanders has concurred in this filing.

Dated: November 10, 2017                    BRIAN J. ROBBINS
                                            FELIPE J. ARROYO
                                            SHANE P. SANDERS
                                            SCOTT F. TEMPLETON
                                            ROBBINS ARROYO LLP

*/s/ Shane P. Sanders*
Shane P. Sanders

Counsel for Plaintiffs Steve Sims and Edith Liss and
Co-Lead Counsel for All Plaintiffs

***

**ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

It is so ORDERED.

DATED: 11/13/17

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE