| | |
|---|---|
| ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS (190264)<br>FELIPE J. ARROYO (163803)<br>SHANE P. SANDERS (237146)<br>SCOTT F. TEMPLETON (246872)<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@ robbinsarroyo.com<br>farroyo@ robbinsarroyo.com<br>ssanders@robbinsarroyo.com<br>stempleton@robbinsarroyo.com<br><br>*Co-Lead Counsel for Plaintiffs*<br>[Additional Counsel on Signature Page] | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 3:17-cv-00162-RS<br><br>(Consolidated with Nos. 3:17-cv-02206; 3:17-cv-02428; and 5:17-cv-02446)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FEBRUARY 8, 2018 CASE MANGEMENT CONFERENCE**<br><br>Hon. Richard Seeborg<br>Courtroom 3, 17th Floor |

1  WHEREAS, there is a Case Management Conference ("CMC") scheduled for February 8, 2018 at 10:00 a.m.;

2  WHEREAS, the deadline for parties to file the joint CMC statement is February 1, 2017;

3  WHEREAS, the parties are continuing to confer regarding the Court's January 18, 2018, Order Granting Motion to Dismiss (Dkt. 48), scheduling matters, and other case management issues;

4  WHEREAS, in order to allow time for the parties to continue those discussions, the parties have agreed to continue the CMC, subject to this Court's order;

5  NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order as follows:

1. The CMC shall be continued to ~~February 13~~ March 1, 2018.

2. The parties shall file the joint CMC statement by ~~February 6~~ February 22, 2018.

IT IS SO STIPULATED.

Dated: February 1, 2018

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
SCOTT F. TEMPLETON

/s/ *Shane P. Sanders*
SHANE P. SANDERS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
        farroyo@robbinsarroyo.com
        ssanders@robbinsarroyo.com
        stempleton@robbinsarroyo.com

PROMISLOFF & CIARLANTO, P.C.
JEFFREY J. CIARLANTO
DAVID M. PROMISLOFF
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Telephone: (215) 259-5156
Facsimile: (215) 600-2642
E-mail: ciarlanto@prolawpa.com
        david@prolawpa.com

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| Dated: February 1, 2018 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>JAMES N. KRAMER<br>ALEXANDER K. TALARIDES<br>SUZETTER J. PRINGLE<br><br>      /s/ *Alexander K. Talarides*<br>ALEXANDER K. TALARIDES<br><br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br>E-mail: jkramer@orrick.com<br>         atalarides@orrick.com<br>         springle@orrick.com<br><br>*Counsel for Defendants* |

**SIGNATURE ATTESTATION**

I, Shane P. Sanders, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

| | |
|---|---|
| Dated: February 1, 2018 |       /s/ *Shane P. Sanders*<br>SHANE P. SANDERS |

\*\*\*

**ORDER**

Based on the Stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

It is so ORDERED.

DATED: 2/1/18

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1222808