1   JAMES N. KRAMER (SBN 154709)
    jkramer@orrick.com
2   ALEXANDER K. TALARIDES (SBN 268068)
    atalarides@orrick.com
3   SUZETTE J. BARNES (SBN 273116)
    springle@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:    (415) 773-5700
    Facsimile:    (415) 773-5759
7
    Attorneys for Nominal Defendant
8   PayPal Holdings, Inc. and Individual Defendants
    Daniel H. Schulman, John D. Rainey, Patrick
9   L.A. Dupuis, Wences Casares, Jonathan
    Christodoro, John J. Donahoe, David W.
10  Dorman, Gail J. McGovern, David M. Moffett,
    Pierre M. Omidyar and Frank D. Yeary
11
    [Additional counsel on signature page]
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16

17  IN RE PAYPAL HOLDINGS, INC.          Lead Case No. 3:17-cv-00162-RS
    SHAREHOLDER DERIVATIVE LITIGATION
                                         (Consolidated with No. 3:17-cv-02206-RS;
18                                       3:17-cv-02428-RS; and 5:17-cv-02446-RS)
    This Document Relates To:
19                                       **STIPULATION AND [PROPOSED]
                                         ORDER REGARDING DISMISSAL OF
20  ALL ACTIONS                          ACTION WITHOUT PREJUDICE**

21                                       Hon. Richard Seeborg
                                         Courtroom 3, 17th Floor
22

23

24

25

26

27

28

1

2      WHEREAS, on February 15, 2018, Plaintiffs served a litigation demand (the "Demand")

3  on the Board of Directors (the "Board") of PayPal Holdings, Inc. ("PayPal");

4      WHEREAS, on February 16, 2018, Plaintiffs filed a Verified Amended Stockholder

5  Derivative Complaint in this Consolidated Derivative Action (the "Amended Complaint");

6      WHEREAS on April 23, 2018, the parties entered an agreement that tolls all statutes of

7  limitations and/or time-based defenses, rules, laws or statutes in this Consolidated Derivative

8  Action for a three-year period or until PayPal's Board provides a final substantive response to the

9  Demand (the "Tolling Agreement");

10      WHEREAS, the parties conferred regarding the dismissal of this Consolidated Derivative

11  Action and agreed that: (i) Plaintiffs would voluntarily dismiss this Consolidated Derivative

12  Action in its entirety without prejudice; and (ii) notice of the voluntary dismissal of the

13  Consolidated Derivative Action pursuant to Federal Rule of Civil Procedure Rule 23.1(c) is

14  unnecessary because of the parties' Tolling Agreement.

15      NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully

16  request, that the Court enters an order as follows:

17      1.      This Consolidated Derivative Action is dismissed in its entirety without prejudice;

18  and

19      2.      Notice of the voluntary dismissal of this Consolidated Derivative Action is

20  unnecessary because of the parties' Tolling Agreement, which prevents the expiration of the

21  statute of limitations to assert any claim asserted in the Amended Complaint and the Demand.

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL OF ACTION WITHOUT
PREJDICE - (LEAD CASE NO. 5:17-cv-000162-RS)

1

Dated: April 25, 2018

JAMES N. KRAMER
ALEXANDER K. TALARIDES
SUZETTE J. BARNES
Orrick, Herrington & Sutcliffe LLP

2

3

4

_____
*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

5

Attorneys for Nominal Defendant
PayPal Holdings, Inc., and Individual Defendants
Daniel H. Schulman, John D. Rainey, Patrick L.A.
Dupuis, Wences Casares, Jonathan Christodoro, John
J. Donahoe, David W. Dorman, Gail J. McGovern,
David M. Moffett, Pierre M. Omidyar and Frank D.
Yeary

6

7

8

9

10

*I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Dismissal of Action Without Prejudice. In compliance with General Order 45, X.B., I hereby attest that Shane P. Sanders has concurred in this filing.*

11

12

13

Dated: April 25, 2018

BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
SCOTT F. TEMPLETON
ROBBINS ARROYO LLP

14

15

16

17

_____
*/s/ Shane P. Sanders*
Shane P. Sanders

18

19

Counsel for Plaintiffs Steve Sims and Edith Liss and
Co-Lead Counsel for All Plaintiffs

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL OF ACTION WITHOUT
PREJDICE - (LEAD CASE NO. 5:17-CV-000162-RS)

1

\*\*\*

2

## **ORDER**

3       Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY

4   ORDERED that the Stipulation is approved and these consolidated actions are ordered dismissed

5   in their entirety without prejudice.  The Clerk is directed to close this matter and all associated

6   cases.

7       **It is so ORDERED.**

8

9

10   DATED: _____      _____

11                                        THE HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL OF ACTION WITHOUT
PREJDICE - (LEAD CASE NO. 5:17-cv-000162-RS)