JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
SUZETTE J. BARNES (SBN 273116)
springle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Nominal Defendant
PayPal Holdings, Inc. and Individual Defendants
Daniel H. Schulman, John D. Rainey, Patrick L.A. Dupuis, Wences Casares, Jonathan Christodoro, John J. Donahoe, David W. Dorman, Gail J. McGovern, David M. Moffett, Pierre M. Omidyar and Frank D. Yeary

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 3:17-cv-00162-RS<br><br>(Consolidated with No. 3:17-cv-02206-RS; 3:17-cv-02428-RS; and 5:17-cv-02446-RS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Hon. Richard Seeborg<br>Courtroom 3, 17th Floor |

| | |
|---|---|
| 1 | |
| 2 | WHEREAS, on February 15, 2018, Plaintiffs served a litigation demand (the "Demand") |
| 3 | on the Board of Directors (the "Board") of PayPal Holdings, Inc. ("PayPal"); |
| 4 | WHEREAS, on February 16, 2018, Plaintiffs filed a Verified Amended Stockholder |
| 5 | Derivative Complaint in this Consolidated Derivative Action (the "Amended Complaint"); |
| 6 | WHEREAS on April 23, 2018, the parties entered an agreement that tolls all statutes of |
| 7 | limitations and/or time-based defenses, rules, laws or statutes in this Consolidated Derivative |
| 8 | Action for a three-year period or until PayPal's Board provides a final substantive response to the |
| 9 | Demand (the "Tolling Agreement"); |
| 10 | WHEREAS, the parties conferred regarding the dismissal of this Consolidated Derivative |
| 11 | Action and agreed that: (i) Plaintiffs would voluntarily dismiss this Consolidated Derivative |
| 12 | Action in its entirety without prejudice; and (ii) notice of the voluntary dismissal of the |
| 13 | Consolidated Derivative Action pursuant to Federal Rule of Civil Procedure Rule 23.1(c) is |
| 14 | unnecessary because of the parties' Tolling Agreement. |
| 15 | NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully |
| 16 | request, that the Court enters an order as follows: |
| 17 | 1. This Consolidated Derivative Action is dismissed in its entirety without prejudice; |
| 18 | and |
| 19 | 2. Notice of the voluntary dismissal of this Consolidated Derivative Action is |
| 20 | unnecessary because of the parties' Tolling Agreement, which prevents the expiration of the |
| 21 | statute of limitations to assert any claim asserted in the Amended Complaint and the Demand. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated: April 25, 2018 | JAMES N. KRAMER |
| 2 | | ALEXANDER K. TALARIDES |
| | | SUZETTE J. BARNES |
| 3 | | Orrick, Herrington & Sutcliffe LLP |

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

Attorneys for Nominal Defendant
PayPal Holdings, Inc., and Individual Defendants
Daniel H. Schulman, John D. Rainey, Patrick L.A.
Dupuis, Wences Casares, Jonathan Christodoro, John
J. Donahoe, David W. Dorman, Gail J. McGovern,
David M. Moffett, Pierre M. Omidyar and Frank D.
Yeary

I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Dismissal of Action Without Prejudice. In compliance with General Order 45, X.B., I hereby attest that Shane P. Sanders has concurred in this filing.

Dated: April 25, 2018

BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
SCOTT F. TEMPLETON
ROBBINS ARROYO LLP

*/s/ Shane P. Sanders*
Shane P. Sanders

Counsel for Plaintiffs Steve Sims and Edith Liss and
Co-Lead Counsel for All Plaintiffs

||***

**ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved and these consolidated actions are ordered dismissed in their entirety without prejudice. The Clerk is directed to close this matter and all associated cases.

**It is so ORDERED.**

DATED: 4/26/18

*/s/ Richard Seeborg*

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE